21563.   BOSWELL v. UNDERWOOD, Administrator, *et al.*

GRICE, Justice.   This being a controversy over the proceeds of a condemnation award, and title to the land now being in the condemnor, it is not a case respecting title to land so as to fall within the jurisdiction of this court. *Code Ann.* § 2-3704; *Dougherty County v. Hamilton*, 214 Ga. 644 (106 SE2d 789); *Sweat v. Ehrensperger*, 213 Ga. 772 (102 SE2d 35); *Miller v. Ray*, 208 Ga. 27 (64 SE2d 449). Therefore, the Court of Appeals, and not the Supreme Court, has jurisdiction to review the judgment complained of.

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED FEBRUARY 13, 1962—DECIDED FEBRUARY 20, 1962.

*Huie, Etheridge & Harland, James R. Harland, Jr., Harry L. Cashin, Jr.,* for plaintiff in error.
*Elijah A. Brown, Chas. M. Clayton,* contra.